| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____   Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Premier Car Wash Seneca, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-3855517

**4. Debtor's address**

Principal place of business  
1004 Bypass 123  
Seneca, SC 29678  
Number, Street, City, State & ZIP Code

Oconee  
County

Mailing address, if different from principal place of business  
2440 Enhanto Road  
York, SC 29745  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Premier Car Wash Seneca, LLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Premier Car Wash Seneca, LLC**                                        Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
    Contact name  _____
    Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

| Debtor | **Premier Car Wash Seneca, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Premier Car Wash Seneca, LLC**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/20/2024**
MM / DD / YYYY

X **/s/ Ronald B. Jennings, Jr.**     **Ronald B. Jennings, Jr.**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Robert H. Cooper**     Date **6/20/2024**
Signature of attorney for debtor     MM / DD / YYYY

**Robert H. Cooper 05670**
Printed name

**The Cooper Law Firm**
Firm name

**1610 Gowdeysville Road**
**Gaffney, SC 29340**
Number, Street, City, State & ZIP Code

Contact phone **864-271-9911**     Email address **rhcooper@thecooperlawfirm.com**

**05670 SC**
Bar number and State

# Premier Car Wash Seneca Balance sheet

**Premier CarWash Seneca LLC**
As of December 31, 2023
Accrual Basis

|  | NOV 30, 2023 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and cash equivalents** | |
| Working Capital-Seneca – 120211101 | (20,215) |
| 10202 - BoA *4024 Car Wash Seneca Deposit | 980 |
| 10200 - Business Adv Relationship | 2,000 |
| 10201 - BoA *0200 CW Seneca Operating | 817 |
| 10250 - Cash in Safe | 900 |
| 10260 - Cash in Drawer | 800 |
| **Total Cash and cash equivalents** | **(14,719)** |
| **Accounts Receivable (from Sales)** | |
| 1210 - Employee Advances | (407) |
| 10300 - Cash / Check Clearing | 60,980 |
| 10301 - VMC - TSYS Clearing | (73,616) |
| 10302 - FISERV Government Card Clearing | 13,105 |
| 10304 - Fleet | 5,537 |
| **Total Accounts Receivable (from Sales)** | **5,599** |
| **Due to/from** | |
| 12320 - Due To/From Car Wash Easley | (94,702) |
| 12330 - Due To/From J Bush River / Columbia | 139,884 |
| 12335 - Due To/From J Cabelas | (35,000) |
| 12340 - Due To/From J Columbia | 40,007 |
| 12345 - Due To/From J Franklin | 109,195 |
| 12350 - Due To/From J Knox | 44,905 |
| 12355 - Due To/From J Palmetto | 152,385 |
| 12360 - Due to/from J York | 171,549 |
| 12365 - Due To/From The Jenten Group, LLC | 136,744 |
| 12370 - Due To/From Owners / Members | 1,826 |
| 12375 - Due To/From R&N Easley | (2,000) |
| 12380 - Due To/From R&N Seneca | (828,729) |
| 13600 - Due to From Moes | 12,169 |
| **Total Due to/from** | **(151,766)** |
| **Accounts Receivable** | |

|  | NOV 30, 2023 |
|---|---:|
| 120 - Accounts Receivable | 540 |
| **Total Accounts Receivable** | **540** |
| **Total Current Assets** | **(160,346)** |
| **Fixed Assets** | |
| 14000 - Equipment | 484,686 |
| 14100 - LHI | 323,082 |
| 14300 - Office Equipment | 42,412 |
| 15000 - Accumulated Depreciation | (312,607) |
| 15500 - Accumulated Amortization | (68,750) |
| 16000 - Goodwill | 250,000 |
| 18000 - Deposits in Transit | 3,500 |
| 19000 - Projects | 61,363 |
| **Total Fixed Assets** | **783,685** |
| **Total Assets** | **623,339** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Accounts Payable** | |
| Bus Credit Card 9867, 5494, 6150 | 19,717 |
| 200 - Accounts Payable | 13,883 |
| 23005 - American Express CC | 21,941 |
| **Total Accounts Payable** | **55,542** |
| **Other Current liabilities** | |
| 220 - Sales Tax | (2) |
| **Total Other Current liabilities** | **(2)** |
| **Long Term Liabilities** | |
| 2143 - Payroll Clearing | 2,682 |
| 23000 - Amex | (3,000) |
| 23500 - Gift Card | (2,338) |
| 24500 - Credit Card Cash Back | 6,854 |
| 25000 - Due to Previous Owner | 118,508 |
| 25300 - Payroll Tax Liability | 1,429 |
| 27000 - SBA EIDL | 1,088,966 |
| 29500 - Can Capital Loan | 38,699 |
| **Total Long Term Liabilities** | **1,251,800** |
| **Total Liabilities** | **1,307,341** |
| **Equity** | |
| 31000 - OwnersEquity | (22,656) |
| 32000 - Retained Earnings | (238,383) |

|  | NOV 30, 2023 |
|---|---:|
| 33000 - Distribution to Members | 105,592 |
| 34000 - OwnersDraw | (3,388) |
| 35000 - RetainedEarning | (391,913) |
| Current Year Earnings | (133,253) |
| **Total Equity** | **(684,001)** |
| **Total Liabilities and Equity** | **623,339** |

# Car Wash Seneca P&L

**Premier CarWash Seneca LLC**
For the 10 months ended December 31, 2023
Accrual Basis

| | 23P11-ENDING 11/30 | 23P11-ENDING 11/30 % OF INCOME | 23P10-ENDING 10/31 | 23P10-ENDING 10/31 % OF INCOME | 23P09-ENDING 9/30 | 23P09-ENDING 9/30 % OF INCOME | 23P08-ENDING 8/31 | 23P08-ENDING 8/31 % OF INCOME | 23P07-ENDING 7/31 | 23P07-ENDING 7/31 % OF INCOME | 23P06-ENDING 6/30 | 23P06-ENDING 6/30 % OF INCOME | 23P05-ENDING 5/31 | 23P05-ENDING 5/31 % OF INCOME | 23P04-ENDING 4/30 | 23P04-ENDING 4/30 % OF INCOME | 23P03-ENDING 3/31 | 23P03-ENDING 3/31 % OF INCOME | 23P02-ENDING 2/28 | 23P02-ENDING 2/28 % OF INCOME | 23P01-ENDING 1/31 | 23P01-ENDING 1/31 % OF INCOME | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | | | | | | | | | |
| 40000 - Sales - Car Wash | 45,103 | 102% | 66,815 | 100% | 61,118 | 100% | 46,041 | 103% | 61,203 | 104% | 61,350 | 102% | 65,457 | 104% | 58,952 | 106% | 66,058 | 105% | 52,312 | 101% | 49,129 | 99% | 633,536 |
| 40200 - Sales - Fleet | 161 | 0% | 181 | 0% | 198 | 0% | 350 | 1% | 351 | 1% | 202 | 0% | 287 | 0% | 300 | 1% | 527 | 1% | 637 | 1% | 824 | 2% | 4,019 |
| 40100 - Car Wash Memberships | 1,553 | 4% | 8,068 | 12% | 6,936 | 11% | 1,469 | 3% | 1,364 | 2% | 2,973 | 5% | 3,710 | 6% | 3,190 | 6% | 2,985 | 5% | 2,570 | 5% | 2,620 | 5% | 37,438 |
| 40050 - Discounts - Car Wash | (2,647) | -6% | (6,795) | -10% | (5,941) | -10% | (1,198) | -3% | (848) | -1% | (840) | -1% | (1,830) | -3% | (2,359) | -4% | (1,797) | -3% | (699) | -1% | (951) | -2% | (25,905) |
| 40150 - Discounts - Car Wash Memberships | (105) | 0% | (1,200) | -2% | (1,035) | -2% | (1,540) | -3% | (2,260) | -4% | (2,845) | -5% | (3,528) | -6% | (3,264) | -6% | (3,440) | -5% | (1,780) | -3% | (1,560) | -3% | (22,557) |
| 40250 - Discounts - Fleet | - | - | - | - | - | - | (62) | 0% | (76) | 0% | (59) | 0% | (69) | 0% | (83) | 0% | - | - | (125) | 0% | - | - | (473) |
| 40155 - Discounts - Rewash / Free Wash | (230) | -1% | (530) | -1% | (215) | 0% | (435) | -1% | (470) | -1% | (425) | -1% | (596) | -1% | (660) | -1% | (1,084) | -2% | (674) | -1% | (544) | -1% | (5,863) |
| 40060 - Voided Transactions | 168 | 0% | - | - | - | - | (102) | 0% | (265) | 0% | (219) | 0% | (577) | -1% | (396) | -1% | (514) | -1% | (359) | -1% | (142) | 0% | (2,406) |
| **Total Income** | **44,003** | **100%** | **66,539** | **100%** | **61,061** | **100%** | **44,522** | **100%** | **58,999** | **100%** | **60,137** | **100%** | **62,855** | **100%** | **55,680** | **100%** | **62,735** | **100%** | **51,882** | **100%** | **49,376** | **100%** | **617,788** |
| **Gross Profit Total:** | **44,003** | **100%** | **66,539** | **100%** | **61,061** | **100%** | **44,522** | **100%** | **58,999** | **100%** | **60,137** | **100%** | **62,855** | **100%** | **55,680** | **100%** | **62,735** | **100%** | **51,882** | **100%** | **49,376** | **100%** | **617,788** |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | |
| **Labor** | | | | | | | | | | | | | | | | | | | | | | | |
| 67300 - Payroll Wages | 17,553 | 40% | 16,886 | 25% | 16,805 | 28% | 21,092 | 47% | 17,159 | 29% | 27,657 | 46% | 10,455 | 17% | 20,481 | 37% | 18,207 | 29% | 19,462 | 38% | 23,101 | 47% | 222,928 |
| **Labor Total:** | **17,553** | **40%** | **16,886** | **25%** | **16,805** | **28%** | **21,092** | **47%** | **17,159** | **29%** | **27,657** | **46%** | **10,455** | **17%** | **20,481** | **37%** | **18,207** | **29%** | **19,462** | **38%** | **23,101** | **47%** | **222,928** |
| **Controllables** | | | | | | | | | | | | | | | | | | | | | | | |
| 61000 - Advertising | - | - | - | - | - | - | - | - | - | - | - | - | 130 | 0% | (179) | 0% | 858 | 1% | 598 | 1% | 728 | 1% | 2,135 |
| 63000 - BankServiceCharges | 972 | 2% | 1,015 | 2% | 969 | 2% | 648 | 1% | 647 | 1% | 1,227 | 2% | 547 | 1% | 2,026 | 4% | 451 | 1% | 373 | 1% | 261 | 1% | 10,122 |
| 63550 - Calculated Cash Over/Short | - | - | - | - | - | - | - | - | - | - | - | - | (238) | 0% | (12) | 0% | (111) | 0% | - | - | - | - | (361) |
| 63500 - Cash Over/Short | (18) | 0% | - | - | - | - | - | - | (14) | 0% | 45 | 0% | 47 | 0% | 12 | 0% | 68 | 0% | 14 | 0% | 83 | 0% | 236 |
| 53000 - Chemicals | 672 | 2% | 9,242 | 14% | 719 | 1% | 672 | 2% | 1,647 | 3% | 672 | 1% | 1,213 | 2% | 853 | 2% | 5,908 | 9% | 654 | 1% | 2,342 | 5% | 25,267 |
| 67325 - Commission | 666 | 2% | 679 | 1% | 478 | 1% | 740 | 2% | 387 | 1% | 885 | 1% | 756 | 1% | 754 | 1% | - | - | 503 | 1% | 633 | 1% | 6,479 |
| 51000 - Damaged/LostCarItems | - | - | - | - | - | - | - | - | - | - | - | - | 18 | 0% | - | - | - | - | 1,635 | 3% | - | - | 1,653 |
| 64000 - DuesandSubscriptions | 875 | 2% | 875 | 1% | 2,903 | 5% | 429 | 1% | 429 | 1% | - | - | - | - | 318 | 1% | 318 | 1% | 318 | 1% | 318 | 1% | 7,660 |
| 67350 - Employee Bonus | - | - | 100 | 0% | - | - | 500 | 1% | 50 | 0% | 100 | 0% | 1,100 | 2% | 600 | 1% | 500 | 1% | 500 | 1% | 275 | 1% | 4,374 |
| 65000 - Insurance | - | - | 2,026 | 3% | 657 | 1% | 657 | 1% | 657 | 1% | 657 | 1% | 654 | 1% | 606 | 1% | 606 | 1% | 606 | 1% | 606 | 1% | 7,734 |
| 85000 - InterestExpense | 589 | 1% | 572 | 1% | 595 | 1% | 603 | 1% | 602 | 1% | - | - | 6,576 | 10% | 4,945 | 9% | 407 | 1% | 443 | 1% | 456 | 1% | 15,788 |
| 66000 - KeyManLifeInsurance | 773 | 2% | 773 | 1% | 773 | 1% | 773 | 2% | 773 | 1% | 773 | 1% | 773 | 1% | 773 | 1% | 1,011 | 2% | 536 | 1% | 773 | 2% | 9,510 |
| 69000 - LicensesandPermits | - | - | - | - | - | - | - | - | - | - | - | - | 548 | 1% | - | - | - | - | 565 | 1% | 1,107 | 2% | 2,220 |
| 70000 - ManagerialFeeExpense | 3,200 | 7% | 5,925 | 9% | 4,200 | 7% | 3,200 | 7% | 3,200 | 5% | 3,200 | 5% | 3,200 | 5% | 3,200 | 6% | 3,200 | 5% | 3,200 | 6% | 3,200 | 6% | 42,125 |
| 71000 - Meals | - | - | 9 | 0% | - | - | 39 | 0% | - | - | - | - | - | - | - | - | 230 | 0% | 16 | 0% | 181 | 0% | 474 |
| 60000 - MerchantAccountFees | 1,516 | 3% | 1,449 | 2% | 1,225 | 2% | 1,351 | 3% | 1,356 | 2% | 1,220 | 2% | 1,124 | 2% | 1,222 | 2% | 1,043 | 2% | 962 | 2% | 841 | 2% | 14,660 |
| 99900 - Misc. Expense | 20,447 | 46% | - | - | 16,097 | 26% | 20,169 | 45% | 20,709 | 35% | 429 | 1% | - | - | - | - | - | - | - | - | - | - | 77,620 |
| 72000 - OfficeExpense | 103 | 0% | 103 | 0% | 103 | 0% | 103 | 0% | 103 | 0% | 103 | 0% | 115 | 0% | 103 | 0% | 532 | 1% | 563 | 1% | 561 | 1% | 2,489 |
| 52000 - Parts&Supplies | 1,738 | 4% | 462 | 1% | 2,792 | 5% | 317 | 1% | 290 | 0% | 220 | 0% | 278 | 0% | 241 | 0% | 1,215 | 2% | 1,577 | 3% | 2,992 | 6% | 12,350 |
| 73000 - PayrollProcessingFees | 415 | 1% | 760 | 1% | 737 | 1% | 547 | 1% | 653 | 1% | 405 | 1% | 411 | 1% | 569 | 1% | 624 | 1% | 911 | 2% | 391 | 1% | 6,624 |
| 67200 - PR Taxes | 1,417 | 3% | 1,370 | 2% | 1,357 | 2% | 1,731 | 4% | 1,430 | 2% | 1,570 | 3% | 1,591 | 3% | 1,754 | 3% | 1,513 | 2% | 1,659 | 3% | 1,972 | 4% | 18,512 |
| 75000 - ProfessionalFees | 815 | 2% | 1,480 | 2% | 740 | 1% | 700 | 2% | 700 | 1% | 1,400 | 2% | 1,400 | 2% | 1,400 | 3% | 400 | 1% | - | - | - | - | 10,250 |
| 76000 - Rent | 20,000 | 45% | 15,300 | 23% | 19,600 | 32% | 14,000 | 31% | 15,500 | 26% | 14,000 | 23% | 20,000 | 32% | 36,460 | 65% | 20,000 | 32% | 20,000 | 39% | 20,000 | 41% | 234,860 |
| 77000 - Repairs&Maintenance | 262 | 1% | - | - | 300 | 0% | 75 | 0% | 506 | 1% | 197 | 0% | 562 | 1% | 160 | 0% | 845 | 1% | 387 | 1% | 4,914 | 10% | 8,208 |
| 80100 - Security | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 115 | 0% | 1,380 |
| 80000 - Telephone and Internet | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 273 | 1% | 213 | 0% | 486 |
| 82000 - Travel | - | - | 48 | 0% | 211 | 0% | - | - | 812 | 1% | 53 | 0% | 172 | 0% | 197 | 0% | 880 | 1% | 852 | 2% | 475 | 1% | 3,699 |
| 83000 - Uniforms | 918 | 2% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 918 |
| 84000 - Utilities | 3,338 | 8% | 3,250 | 5% | 3,267 | 5% | 3,436 | 8% | 3,282 | 6% | 7,108 | 12% | 4,456 | 7% | 663 | 1% | 4,072 | 6% | 3,495 | 7% | 3,223 | 7% | 42,521 |
| 68000 - WorkComp | 976 | 2% | 632 | 1% | 910 | 1% | 841 | 2% | 647 | 1% | 683 | 1% | 686 | 1% | 716 | 1% | 570 | 1% | 695 | 1% | 882 | 2% | 8,589 |
| **Controllables Total:** | **59,790** | **136%** | **46,186** | **69%** | **58,746** | **96%** | **51,646** | **116%** | **54,482** | **92%** | **35,061** | **58%** | **46,234** | **74%** | **57,498** | **103%** | **45,256** | **72%** | **41,849** | **81%** | **47,541** | **96%** | **578,584** |
| **Expenses Total:** | **77,343** | **176%** | **63,072** | **95%** | **75,551** | **124%** | **72,738** | **163%** | **71,641** | **121%** | **62,717** | **104%** | **56,689** | **90%** | **77,979** | **140%** | **63,463** | **101%** | **61,312** | **118%** | **70,642** | **143%** | **801,512** |
| **EBITDA Total:** | **(33,340)** | **-76%** | **3,467** | **5%** | **(14,490)** | **-24%** | **(28,216)** | **-63%** | **(12,642)** | **-21%** | **(2,580)** | **-4%** | **6,165** | **10%** | **(22,299)** | **-40%** | **(728)** | **-1%** | **(9,430)** | **-18%** | **(21,266)** | **-43%** | **(183,724)** |
| **Other Income/(Expense)** | | | | | | | | | | | | | | | | | | | | | | | |
| 92000 - Misc Income | 15 | 0% | 15 | 0% | 20 | 0% | 1,020 | 2% | 20 | 0% | 20 | 0% | 20 | 0% | 20 | 0% | 441 | 1% | 20 | 0% | 495 | 1% | 2,121 |
| **Other Income/(Expense) Total:** | **15** | **0%** | **15** | **0%** | **20** | **0%** | **1,020** | **2%** | **20** | **0%** | **20** | **0%** | **20** | **0%** | **20** | **0%** | **441** | **1%** | **20** | **0%** | **495** | **1%** | **2,121** |
| **Net Income/(Loss)** | **(33,325)** | **-76%** | **3,482** | **5%** | **(14,470)** | **-24%** | **(27,196)** | **-61%** | **(12,622)** | **-21%** | **(2,560)** | **-4%** | **6,185** | **10%** | **(22,279)** | **-40%** | **(287)** | **0%** | **(9,410)** | **-18%** | **(20,770)** | **-42%** | **(181,602)** |

Car Wash Seneca P&L

| | 23P11-ENDING 11/30 | 23P11-ENDING 11/30 % OF INCOME | 23P10- ENDING 10/31 | 23P10- ENDING 10/31 % OF INCOME | 23P09- ENDING 9/30 | 23P09- ENDING 9/30 % OF INCOME | 23P08-ENDING 8/31 | 23P08-ENDING 8/31 % OF INCOME | 23P07- ENDING 7/31 | 23P07- ENDING 7/31 % OF INCOME | 23P06- ENDING 6/30 | 23P06- ENDING 6/30 % OF INCOME | 23P05- ENDING 5/31 | 23P05- ENDING 5/31 % OF INCOME | 23P04- ENDING 4/30 | 23P04- ENDING 4/30 % OF INCOME | 23P03- ENDING 3/31 | 23P03- ENDING 3/31 % OF INCOME | 23P02- ENDING 2/28 | 23P02- ENDING 2/28 % OF INCOME | 23P01- ENDING 1/31 | 23P01- ENDING 1/31 % OF INCOME | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Fill in this information to identify the case:

Debtor name: **Premier Car Wash Seneca, LLC**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | | | | $24,000.00 |
| Bank of America<br>PO Box 15284<br>Wilmington, DE 19850 | | | | | | $40,000.00 |
| CAN Capital Asset Servicing, Inc.<br>1850 Parkway Place SE, Ste 1150<br>Marietta, GA 30067 | | | | | | $94,000.00 |
| CESC - COVID EIDL Service Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | | | | | $1,100,000.00 |
| Lake Wylie Tax Services<br>4559 Charlotte Highway<br>Clover, SC 29710 | | | | | | $5,000.00 |
| Mondo<br>695 Westney Road S Unit 1<br>Canada  L1S 6M9 | | | | | | $6,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **Premier Car Wash Seneca, LLC**
Debtor(s)

Case No.
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                           $ **8,750.00**
   Prior to the filing of this statement I have received                 $ **8,750.00**
   Balance Due                                                           $ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):  **Of the $8,750.00, $3,008.00 was for pre-petition services. The remaining balance of $5,742.00 will be for post-petition services.**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**6/20/2024**
*Date*

**/s/ Robert H. Cooper**
**Robert H. Cooper 05670**
*Signature of Attorney*
**The Cooper Law Firm**
**1610 Gowdeysville Road**
**Gaffney, SC 29340**
**864-271-9911  Fax: 864-232-5236**
**rhcooper@thecooperlawfirm.com**
*Name of law firm*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Premier Car Wash Seneca, LLC**                                  Case No. _____

Debtor(s)                                                                 Chapter  **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:  **6/20/2024**                    **/s/ Ronald B. Jennings, Jr.**
                                        **Ronald B. Jennings, Jr.**
                                        Signature of Debtor

                                        **/s/ Robert H. Cooper**
                                        Signature of Attorney
                                        **Robert H. Cooper**
                                        **The Cooper Law Firm**
                                        **1610 Gowdeysville Road**
                                        **Gaffney, SC 29340**
                                        **864-271-9911**
                                        Typed/Printed Name/Address/Telephone

                                        **05670 SC**
                                        District Court I.D. Number

```
AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998


BANK OF AMERICA
PO BOX 15284
WILMINGTON DE 19850


CAN CAPITAL ASSET SERVICING, INC.
1850 PARKWAY PLACE SE, STE 1150
MARIETTA GA 30067


CESC - COVID EIDL SERVICE CENTER
14925 KINGSPORT ROAD
FORT WORTH TX 76155


COUNTY BANK
3431 PELHAM ROAD
GREENVILLE SC 29615


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101


INTERNAL REVENUE SERVICE
1835 ASSEMBLY STREET MDP 39
COLUMBIA SC 29201


LAKE WYLIE TAX SERVICES
4559 CHARLOTTE HIGHWAY
CLOVER SC 29710


MONDO
695 WESTNEY ROAD S UNIT 1
CANADA  L1S 6M9


OCONEE COUNTY TAX ASSESSOR
415 S. PINE ST.
WALHALLA SC 29691


R&N SENECA, LLC
2440 ENCHANTO ROAD
YORK SC 29745
```

```
RONALD & NADYNE JENNINGS
2440 ENCHANTO ROAD
YORK SC 29745


SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
PO BOX 995
COLUMBIA SC 29202


SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


UHAUL
1500 INTERNATIONAL DRIVE
SPARTANBURG SC 29303


US SMALL BUSINESS ADMINISTRATION
SOUTH CAROLINA DISTRICT OFFICE
1835 ASSEMBLY STREET, ROOM 1425
COLUMBIA SC 29201
```